Tyrell Darnell Smith
    Appellant

V.

The State Of Texas
    Appellee

No. 06-14-00102-CR

In The Sixth District
Court Of Appeals
Of The State of Texas

RECEIVED IN
The Court of Appeals
Sixth District

DEC 2 0 2014

_____, Texas
Debra Autrey, Clerk

## PRO SE MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE

Appellant requests an extension of time to file a response to Appellants' Counsel Anders Brief and Motion to withdraw. Appellant requested Appellants Appeal Record and has yet to receive full record to give an adequate and/or complete response due to the delay of parts of the record requested through supplementation.

Appellant request the extension to be 30 days after receiving of supplementals which were requested in November of 2014. This is the second request of an extension of time due to the States delayment in providing documents requested for pro se response. by way of Supplementation. However this the third request total. Request is based off and in relation to previous request.

### PRAYER

Appellant prays this court grants this request and all relief deemed proper

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy is being sent to the SIX District Court Of Appeals on December 23rd 2014.

Respectfully Submitted

Tyrell Darnell Smith

Tyrell Smith
P.O. Box Drawer-R
Marshall TX 75671

12-23-2014

Tyrell D Smith
P.B. Box Drawer-K
Marshall TX 75671

"Legal Mail"

INMATE MAIL

SHREVEPORT LA 710
24 DEC 2014 PM 2 L



FOREVER
USA

Court of Appeals
Sixth Appellate District of Texas
Bi-State Justice Building
100 North State Line Avenue #20
Texarkana, Texas 75501

"Legal Mail"